# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAUTALA M. C.,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>KILOKO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>　　　　　　Defendant. | Case No. EDCV 20-00275-JEM<br><br>**JUDGMENT** |

In accordance with the Memorandum Opinion and Order Affirming Decision of the Commissioner of Social Security filed concurrently herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED and this action is dismissed with prejudice.

DATED: September 2, 2021　　　　　　　　　 */s/ John E. McDermott*
　　　　　　　　　　　　　　　　　　　　　 JOHN E. MCDERMOTT
　　　　　　　　　　　　　　　　　　　　 UNITED STATES MAGISTRATE JUDGE